National Collector's Mint



Serving your collecting needs for U.S. Coins, Currency Certified Coins, World Coins and Currency and Bullion Coins and Commemoratives.

Home | View Cart | Privacy Policy
Contact Us | Our Guarantee
Rare Coin Terms | Coin News

**Free E-mail Newsletter**

Tuesday, August 10, 2004

Letter from
Barry Goldwater, Jr.
Member United States
House of Representatives
(Retired)

🛒 VIEW CART

**New for 2004**

**Sets**

**Gold Coins**

**Silver Coins**

**Morgan Silver Dollars**

**State Quarters**

**Certificates**

**Harry Potter Coin**

**More Products**

**About Us**

**Testimonials**

**Rare Coin Terms**

**Privacy Policy**

**Our Guarantee**

**Contact Us**

**Links**

**Banner Link**

**Coin News**

## New Products



**"Freedom Tower" Silver Eagle Dollar** is a solid silver tribute to all who were lost on that fateful day and to the indomitable spirit of America to rebuild, to be stronger than ever and to never let terrorism succeed.



**Silver & Gold Tribute to President Reagan** He brought down the Berlin Wall, won the Cold War and began the greatest period of economic growth in American history.



**Puerto Rico State Quarter Proof** It seemed that millions of Statehood Quarter collectors would be denied the opportunity to add this historic coin to their collections. Now, you can complete your statehood quarter collection with the *Puerto Rico State Quarter...*



**1936 U.S. Gov't Proof Set Tribute** In 1936, the U.S. Gov't struck the first proof set ever... Issue price was just $1.89 and 67 years later, this highly sought-after set has sold for upwards of $7,000 (that's over 3700% increase in value)!



**Official Sammy Sosa State Quarter** One of the most feared homerun hitters of all time, Sosa has hit 60 or more homeruns in a season on three separate occasions...find out more about the limited advance release...

**CHANCE TO WIN EACH MONTH A PROOF SET VALUED AT $69!**



**Remembering our beloved 40th President Ronald W. Reagan 2004 U.S. GOV'T RONALD REAGAN SILVER EAGLE DOLLAR** – Limited release of the ONLY officially authorized Ronald Reagan Commemorative coin benefits the Ronald Reagan Presidential Foundation.



**Tribute to Ronald Reagan with this beautiful Color Medallion** – This official commemorative ... clad in 100 Mil .999 pure silver and enhanced in full color by National Collectors Mint. The obverse features a portrait of Ronald Reagan and the reverse is in brilliant full color with ...



**The Last $5 Gold "Indian" Proof** NCM announces the limited release of 2,250 1929 $ Gold Indian Proofs, heralding the last ever $5 Indian Head Gold Piece. It's no wonder one 1929 $5 Gold Indian recently sold for $34,100!



**Official A-Rod NY State Quarter** Major League Baseball Players Association authorized tribute to the newest NY Yankee A-ROD! Limited release of the "A-ROD" Quarters are now available.





**1999 Delaware State Quarter Proof** In 1999, the government began minting the famous statehood quarter series. Over 300 designs were created for the very first issue, the Delaware state quarter. After careful ...

Case 1:04-cv-00298-PB   Document 1-1   Filed 08/10/04   Page 2 of 6

National Collector's Mint






**Morgan Silver Dollar**
The U.S. Gov't melted down 270 million Morgan Silver Dollars for military needs... This increased the value of the surviving dollars dramatically. In fact, the rarest ones have sold for as much as $462,000.




**Rarest U.S. Gov't Gold Double Eagle**
The most valuable coin in the world lives again in this 2004 U.S. territorial minting of the *1933 Gold $20 Double Eagle Proof* from CNMI. It's the first legally authorized coin in the prized U.S. Rarities series.

**1933 Gold Double Eagle Proof**
You can see why this incredible coin became the most expensive coin in the world at an auction in New York City when it sold for a record 7.6 million dollars!

**2003 Missouri State Quarter Proof**
The winning design from prominent Missouri artist Paul Jackson – it's the quarter design that the United States Government refused to strike...



*We guarantee you will be satisfied. 30-day Money Back Guarantee.*
© 2004 National Collector's Mint, Inc.
8 Slater Street, Port Chester NY 10573
Phone: 1.800.452.4381  All rights reserved.

All tributes to original coins contain the "copy" designation as mandated by federal law.

Case 1:04-cv-00298-PB   Document 1-1   Filed 08/10/04   Page 3 of 6

National Collector's Mint



National Collector's Mint

Serving your collecting needs for U.S. Coins, Currency Certified Coins, World Coins and Currency and Bullion Coins and Commemoratives.

Home | View Cart | Privacy Policy
Contact Us | Our Guarantee
Rare Coin Terms | Coin News

Free E-mail
Newsletter

Tuesday, August 10, 2004

Letter from
Barry Goldwater, Jr.
Member United States
House of Representatives
(Retired)

VIEW CART

**New for 2004**

**Sets**

**Gold Coins**

**Silver Coins**

**Morgan Silver Dollars**

**State Quarters**

**Certificates**

**Harry Potter Coin**

**More Products**

**About Us**

**Testimonials**

**Rare Coin Terms**

**Privacy Policy**

**Our Guarantee**

**Contact Us**

**Links**

**Banner Link**

**Coin News**

Reagan Gold & Silver Set

Silver Obverse

Gold Obverse

Special Price: $24.95 including S&H

ORDER NOW

# Silver And Gold
# Tribute To

National Collector's Mint





# President Reagan

He was "The Great Communicator" who made our hearts swell with pride to be Americans. He brought down the Berlin Wall, won the Cold War and began the greatest period of economic growth in American history. Now we can repay him with the tribute he deserves through these two official U.S. Government Presidential Medallions.

Each Brilliant Uncirculated Medallion has President Reagan's portrait on the obverse. The Silver Medallion is for his first term, and the Gold Medallion is for his second. Solid bronze enhanced with .999 Fine Silver and 22 Karat Gold, they will bring honor to you for having them in your home.

You may order one *Reagan Silver & Gold Set* for $19.95 plus $5.00 shipping, handling & insurance, 3 for only $69 ppd., or 5 for only $109 ppd. Deluxe velvet presentation case is only $3.50 each ppd. So, don't delay. Avoid disappointment and future regret. **ACT NOW!**


**ORDER NOW**



Or you may call toll-free 1-800-799-MINT (1-800-799-6468). Timely mail orders will be accepted if directed to: National Collector's Mint, 4401A Connecticut Ave. NW, PMB-850, Washington, DC 20008. Nonetheless, late orders may not be honored and remittance will be returned uncashed. **ORDER NOW!**

http://www.reaganlibrary.com

*We guarantee you will be satisfied.   30-day Money Back Guarantee.*
© 2004 National Collector's Mint, Inc.

http://www.nationalcollectorsmint.com/uploaded/reagan_silver_gold.htm

Case 1:04-cv-00298-PB   Document 1-1   Filed 08/10/04   Page 5 of 6

National Collector's Mint



Serving your collecting needs for U.S. Coins, Currency Certified Coins, World Coins and Currency and Bullion Coins and Commemoratives.

Home | View Cart | Privacy Policy
Contact Us | Our Guarantee
Rare Coin Terms | Coin News

**Free E-mail Newsletter**

Tuesday, August 10, 2004

Letter from
Barry Goldwater, Jr.
Member United States
House of Representatives
(Retired)

VIEW CART

**New for 2004**

Sets

Gold Coins

Silver Coins

Morgan Silver Dollars

State Quarters

Certificates

Harry Potter Coin

More Products

About Us

Testimonials

Rare Coin Terms

Privacy Policy

Our Guarantee

Contact Us

Links

Banner Link

Coin News

Reagan Color Medallion



Obverse

Reverse

ORDER NOW

**Special Price: $24.95** including S&H

*Announcing the National Collector's Mint tribute to...*

# Ronald Reagan

as a

Color Medallion for only $19.95!

National Collector's Mint




Washington, DC, Corp ID Center, Thursday 8:55 AM - Today, history is being made! The National Collector's Mint is proud to announce the release of the Ronald Reagan Commemorative as an official US Mint Commemorative. It is clad in 100 Mil .999 pure silver and enhanced in full color by National Collectors Mint. The obverse features a portrait of Ronald Reagan and the reverse is in brilliant full color with Yosemite National Park.

Each *Reagan Color Medallion* comes with an individually numbered Certificate of Authenticity. Distribution will take place in registration number order. So, the earliest reservations receive the lowest registration numbers.

## STRICT LIMIT

There is a strict limit of five Proofs per customer. Orders will be filled on a first-come, first-served basis. Nonetheless, if the *Reagan Color Medallion* is not everything we promised, send back your order within 30 days by insured mail and we'll promptly refund your purchase price. Your satisfaction is guaranteed.

You may order one *Reagan Color Medallion* for $19.95 plus $5.00 shipping, handling & insurance, 3 for only $69 ppd., or 5 for only $109 ppd. Deluxe velvet presentation case is only $3.50 each ppd. So, don't delay. Avoid disappointment and future regret. **ACT NOW!**

## ORDER NOW

Or you may call toll-free 1-800-799-MINT (1-800-799-6468). Timely mail orders will be accepted if directed to: National Collector's Mint, 4401A Connecticut Ave. NW, PMB-850, Washington, DC 20008. Nonetheless, late orders may not be honored and remittance will be returned uncashed. **ORDER NOW!**

**http://www.reaganlibrary.com**

*We guarantee you will be satisfied. 30-day Money Back Guarantee.*

© 2004 National Collector's Mint, Inc.
8 Slater Street, Port Chester NY 10573
Phone: 1.800.452.4381   All rights reserved.

All tributes to original coins contain the "copy" designation as mandated by federal law.