JUL-13-04 TUE 02:14 PM    LITTLETON COIN              FAX:603 444 6119            PAGE  3
07/09/2004 15:58 FAX 212 382 1255         OSTROLENK, FABER                              ☒001

# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700  FAX 212 382 0888  FAX 212 398 0631
email@ostrolenk.com

| PARTNERS | ASSOCIATES | | OF COUNSEL | WASHINGTON OFFICE |
|---|---|---|---|---|
| SAMUEL H. WEINER | DOUGLAS A. MIRO | PETER S. SLOANE | J. ANTHONY LOVENHEIMER | MARTIN PFEFFER | 1725 K STREET, N.W |
| ROBERT C. FABER | ALFRED R. FABRICANT | MARY G. FONTENOT | CHRISTOPHER PARADIES, PH.D | LEON ZITVER* | WASHINGTON, D.C. 20006 |
| MAX MOSKOWITZ | MARC LIEBERSTEIN | JOEL J. HELBER** | BRYAN N. DEMATTEO | LAWRENCE A. HOFFMAN | TEL 202 457 7785 |
| JAMES A. SINDER | LAWRENCE C. DRUCKER | BRENDAN J. KENNEDY** | | MARTIN F. DURAN | FAX 202 459 1010 |
| WILLIAM O. GRAY, III | | KOUROSH SALEHI** | | PAUL GRANDONETTI* | |
| LOUIS C. DUJMICH | | DOUGLAS Q. HAHN | | JOSEPH J. ZITO* | *DC BAR |
| CHARLES P. LAPOLLA | | | | KLAUS P. STOFFEL | **CONNECTICUT BAR |
| | | | | MARK A. FARLEY | |

## FACSIMILE TRANSMITTAL SHEET

DATE:   July 9, 2004

NUMBER OF PAGES, INCLUDING COVER:   19

TO:

| NAME/COMPANY | FACSIMILE NO. | |
|---|---|---|
| David Sundman<br>Littleton Coin Company, Inc. | (603) 444-0121 | ☐ SUCCESSFULLY FAXED |
| | | ☐ SUCCESSFULLY FAXED |
| | | ☐ SUCCESSFULLY FAXED |

FROM:       Marc A. Lieberstein

OFGS FILE NO.:   7/4559-3                    RETURN TO:   Maria Ding

**IF YOU DID NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 382-0700 AS SOON AS POSSIBLE.**

This message is intended only for the use of the individual(s) to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to an intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address by mail. Thank you.

MESSAGE:

Case 1:04-cv-00298-PB   Document 1-3   Filed 08/10/04   Page 2 of 18

JUL-13-04 TUE 02:14 PM    LITTLETON COIN            FAX:603 444 6119         PAGE  4
   07/09/2004 15:58 FAX 212 382 1255         OSTROLENK,FABER                    ☒002

# OSTROLENK, FABER, GERB & SOFFEN, LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700   FAX 212 382 0888   FAX 212 398 0681
email@ostrolenk.com

| PARTNERS | | ASSOCIATES | | OF COUNSEL | DC BAR |
|---|---|---|---|---|---|
| SAMUEL H. WEINER | DOUGLAS A. MIRO | CHARLES C. ACHKAR, Ph.D. | DOUGLAS Q. HAHN | MARTIN PFEFFER | **CONNECTICUT BARS |
| ROBERT C. FABER | ALFRED R. FABRICANT | PETER S. SLOANE | J. ANTHONY LOVENSHEIMER | LEON ZITVER* | WASHINGTON OFFICE |
| MAX MOSKOWITZ | MARC LIEBERSTEIN | MARY G. FONTENOT | CHRISTOPHER PARADIES, Ph.D. | LAWRENCE A. HOFFMAN | 1725 K STREET, N.W. |
| JAMES A. FINDER | LAWRENCE C. DRUCKER | JOEL J. FELBER* | BRYAN N. DeMATTEO | MARTIN J. BERAN | WASHINGTON, D.C. 20006 |
| WILLIAM O. GRAY, III | | BRENDAN J. KENNEDY** | | PAUL GRANDINETTI* | TEL 202 457 7785 |
| LOUIS C. DUPMICH | | KOUROSH SALEHI** | | JOSEPH J. ZITO* | FAX 202 429 5919 |
| CHARLES P. LAPOLLA | | | | KLAUS P. STOFFEL | |

Writer's direct line
(212) 596-0533

July 9, 2004

<u>VIA FACSIMILE – (603) 444-0121</u>
David Sundman
President
Littleton Coin Company, Inc.
1309 Mt. Eustis Road
Littleton, NH 03561-3735

    Re:    OFGS Ref.: 7/4559-3
           National Collector's Mint, Inc.
           v. Quality Spraying, et al.
           Civil Action No.: CV04-4277 DT (RNBx)

Dear Mr. Sundman:

        Our law firm is counsel to National Collector's Mint, Inc. ("NCM"). NCM is the exclusive licensee of The Ronald Reagan Presidential Library Foundation ("Foundation") for use of the name, likeness and image of President Ronald Reagan ("the Reagan Image") on coins and medals as identified in Exhibit A to NCM's agreement with the Foundation attached as Exhibit 1 to this letter.

        On Tuesday, June 15, 2004, NCM commenced a law suit against several entities alleging that they are infringing the rights that NCM owns under the agreement with the Foundation. On June 16, 2004, the District Court entered a Temporary Restraining Order enjoining all defendants from selling infringing products bearing a colorized Reagan Image. A copy of the Temporary Restraining Order is attached as Exhibit 2 to this letter.

        On July 1, 2004 the parties in the above-referenced case entered into consent judgments that have been signed by the Court. A copy of one of the Consent Judgments is attached hereto

00663665.1

## OSTROLENK, FABER, GERB & SOFFEN, LLP

Littleton Coin Company, Inc.
July 9, 2004
Page 2

for your review as Exhibit 3. Pursuant to the Consent Judgments, the Court and the parties recognized that NCM "has valid, enforceable exclusive rights . . . to use the name, likeness and/or image of the late President Ronald Reagan on certain collectable coins and products identified in Exhibit 1 attached hereto (the "Exclusive Products"). Also in the Consent Judgment, the defendants agreed to be permanently enjoined from among other things, "using the Exclusive Products" . . . and "from possessing, receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing or in any manner, holding for sale or selling the Exclusive Products." One defendant, Unified Precious Metals, Inc. d/b/a American Historic Society ("AHS"), also settled with NCM, and acknowledged the validity of NCM's Exclusive rights to the use of the Reagan Image on U.S. Mint medals covered in gold or silver. AHS is now licensed by NCM to sell such products.

It has just come to NCM's attention that you are offering to sell medals which infringe NCM's exclusive rights. A copy of your advertisement promoting the sale of the infringing medals bearing the Reagan Image is attached as Exhibit 4 to this letter.

The sale of these Reagan Image products constitutes a violation of NCM's rights in the Reagan right of publicity, as well as, false designation of origin and unfair competition under United States federal and state laws.

We therefore request that within three (3) days of receipt of this letter, you provide us with written assurances that you will discontinue the promotion and sale of any coins and /or medals bearing the Reagan Image that fall within the scope of Exhibit 1. If we do not hear from you, NCM will immediately seek a restraining order against your ongoing activities.

NCM is willing to engage in discussions to resolve this matter amicably. If you or your counsel are so inclined, please immediately contact the undersigned at 212/382-0700.

Sincerely,

OSTROLENK FABER GERB & SOFFEN, LLP

Marc A. Lieberstein

MAL:JAL
Attachments (Exhs. 1-4)

00663065.1

Exhibit 1



## EXHIBIT A

The seven collectible Programs referred to in Section C of the Agreement are concepts in progress, as follows:

1. Colorized United States legal tender coins – The likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency in color photos or renderings on an American Eagle Bullion Coin, Statehood quarters and/or other coinage.

2. One or more new foreign legal tender coins featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.

3. Coin and currency replicas struck in gold and silver foil and/or in solid metal or covered with gold or silver featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.

4. U.S. Mint medals (which have been specifically excluded from the medallion exclusivity granted in the Foundation's contract of December 20, 2000) covered in gold and/or silver or colorized featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.

5. Flag of Honor featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.

6. Regular or oversize paperweight glass or acrylic featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.

7. ~~Presidential Portrait Doll featuring the likeness of President Ronald W. Reagan and/or key historic moments or elements of his presidency.~~

3/27/0[?]

JUL-13-04 TUE 02:16 PM    LITTLETON COIN         FAX:603 444 6119        PAGE 8
07/09/2004 15:58 FAX 212 382 1255    OSTROLENK,FABER                     ☒006

Exhibit 2

JUL-13-04 TUE 02:17 PM    LITTLETON COIN          FAX:603 444 6119         PAGE  9
07/09/2004 16:00 FAX 212 382 1235       OSTROLENK, FABER                    ☒007
10/15/2004 12:50 FAX 415 391 7124       HARVEY SISKIND JACOBS               ☒057

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1  HARVEY SISKIND JACOBS LLP
   D. PETER HARVEY (State Bar No. 55712)
2  IAN K. BOYD (State Bar No. 191434)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone: 415.354.0100
4  Facsimile:  415.391.7124

5  OSTROLENK FABER GERB & SOFFEN, LLP
   MARC A. LIEBERSTEIN (pro hac vice pending)
6  MARTIN I. BERAN (pro hac vice pending)
   MARY G. FONTENOT (pro hac vice pending)
7  1180 Avenue of the Americas
   New York, New York 10036
8  Telephone: 212.382.0700
   Facsimile: 212.398.0681

9  Attorneys for Plaintiff,
10 National Collector's Mint, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTERED
U.S. DISTRICT COURT
JUN 22 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NATIONAL COLLECTOR'S MINT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY SPRAYING,<br>ASSET MARKETING SERVICES, INC.<br>d/b/a NEXTTEN,<br>UNIFIED PRECIOUS METALS, INC.<br>d/b/a AMERICAN HISTORIC SOCIETY,<br>W.F. SCOTT & CO.,<br>NOMAD INDUSTRIES, and<br>DOES 1-10,<br><br>Defendants. | CV 04-4277 DT (RCx)<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>Before:     Hon.<br>Date: 6/30/04<br>Time: 9:00 A.M.<br>Courtroom: |

BY FAX

[PROPOSED] TRO AND OSC WHY A
PRELIMINARY INJUNCTION SHOULD NOT ISSUE

JUL-13-04 TUE 02:18 PM    LITTLETON COIN         FAX:603 444 6119        PAGE 10
07/09/2004 16:00 FAX 212 382 1255    OSTROLENK, FABER                    ☒008
06/15/2004 12:50 FAX 415 391 7124    HARVEY SISKIND JACOBS               ☒058

1  This matter came on for determination before the Honorable DICKRAN TEVRIZIAN
2  on June 16, 2004, upon the *ex parte* application of Plaintiff National Collector's Mint,
3  
4  Inc. ("NCM") for a temporary restraining order and Order to Show Cause Why a
5  Preliminary Injunction Should Not Issue. After hearing the evidence and argument of
6  counsel, the Court finds that:
7  
8      a)   NCM has demonstrated a strong likelihood of success on the merits;
9      b)   NCM will be irreparably harmed in the absence of the requested
10 relief;
11 
12     c)   The requested relief will not cause disproportionate hardship to
13 others; and
14 
15     d)   The public interest favors granting the requested relief.
16 Accordingly, the Court hereby grants NCM's application for a temporary restraining
17 order.
18 
19 For good cause therefor appearing, it is **ORDERED** as follows:
20     1.   Defendants Quality Spraying, Asset Marketing Services, Inc. d/b/a
21 Nextten, United Precious Metals, Inc. d/b/a/ American Historic Society; W.F. Scott &
22 Co., and Nomad Industries, and all of their officers, directors, agents, servants,
23 
24 employees, attorneys, affiliates, parents, subsidiaries, and assigns (collectively,
25 "Defendants"), and all those persons in active concert or participation with them, be
26 
27 
28                                    - 1 -

Case 1:04-cv-00298-PB    Document 1-3    Filed 08/10/04    Page 9 of 18

JUL-13-04 TUE 02:18 PM    LITTLETON COIN         FAX:603 444 6119         PAGE 11
07/09/2004 16:00 FAX 212 382 1235        OSTROLENK, FABER                  ☒009
06/15/2004 12:50 FAX 415 391 7124        HARVEY SISKIND JACOBS             ☒059

1  forthwith preliminarily and thereafter permanently enjoined and are hereby restrained

2  and enjoined from:

3                            *soliciting any orders*

4          a.  Making, using, or shipping any products bearing the image of

5  President Ronald Reagan ("Reagan Image") that are identical or similar to the *products contained in Exhibit "F" as*

6  *depicted in Plaintiff's Complaint on file herein,* namely, colorized United States legal tender coins; foreign legal

7  tender coins; coin and currency replicas in gold and silver foil and/or in solid metal or

8  covered with gold or silver; ████████████████████████████████

9  ████████████████████████████████████████████████, via any

10 commercially available means, including, the Internet or through any retail or mail order

11 or television promotional outlet (collectively, "NCM Exclusive Products");

12         *depicted in Exhibit "F" as contained in Plaintiff's Complaint on file herein*

13         b.  From displaying or otherwise using the Reagan Image on identical

14 or similar NCM Exclusive Products in any way in connection with any advertising,

15 marketing, or distributing of or soliciting of customers for versions of the NCM

16 Exclusive Products;

17                    *accepting or*

18         c.  From filling any orders for any products which were sold or for

19 which sales were solicited for Defendants' unauthorized products bearing the Reagan

20 *contained in Exhibit "F"*

21 Image prior to the date of this Order; and

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

-2-

JUL-13-04 TUE 02:18 PM    LITTLETON COIN              FAX:603 444 6119           PAGE 12
07/09/2004 16:01 FAX 212 382 1255        OSTROLENK, FABER                           ⌀010
08/15/2004 12:30 FAX 415 391 7124        HARVEY SISKIND JACOBS                      ⌀080

2.   IT IS FURTHER ORDERED that Defendants are required to segregate and preserve all proceeds, and all documents related thereto, from all orders for any products which have been sold using the Reagan Image *as depicted in Exhibit F attached to Plaintiff's complaint filed herein* for identical or similar NCM Exclusive Products or other related products and to hold such proceeds and documents either for seizure or in trust to be delivered to NCM as the Court may order;

[lines 7–12 redacted]

4.   IT IS FURTHER ORDERED that Defendants be required to cancel any orders for Defendants' unauthorized products sold bearing the Reagan Image that are identical or similar to the NCM Exclusive Products *depicted in Exhibit F attached to Plaintiff's complaint filed herein,*

[lines 17–26 redacted]

-3-

[PROPOSED] TRO AND OSC WHY A
PRELIMINARY INJUNCTION SHOULD NOT ISSUE

6. Defendants provide a written certification to the Court containing a detailed inventory of each product bearing the Reagan Image that is *depicted in Exhibit E attached to Plaintiff's complaint on file herein* ~~████~~ in Defendants' possession; ~~████████~~

~~████████████████████████~~
~~████████████████████████~~

7. Defendants are hereby ORDERED TO SHOW CAUSE why they should not be preliminarily enjoined in the manner set forth above. A hearing on NCM's motion for preliminary injunction is scheduled for **6/30/04 @ 9:00 AM**. NCM's *application for a Temporary Restraining Order, Complaint and* ~~application/request~~ ████ for a preliminary injunction shall be filed and served *on all Defendants* by hand or fax, with overnight delivery, by no later than **6/28/04 @ 3:00 PM**; any opposition by Defendants to the motion for preliminary injunction shall be filed and served by hand or fax, with overnight delivery, by no later than **6/28/04 @ 3:00 PM**; NCM's reply brief shall be filed and served by hand or fax, with overnight delivery, by no later than **6/29/04 @ 1:00 PM**.

8. This Order shall be effective immediately upon NCM posting a bond for $5000 with the Clerk of the Court. **24 hours to post this bond.**

9. A copy of this Order and Temporary Restraining Order shall be served by hand or fax, with an overnight delivery by no later than 6/21/04 @ 5:00 PM.

Dated: June **16**, 2004

**DICKRAN TEVRIZIAN**
United States District Court

-4-

[PROPOSED] TRO AND OSC WHY A
PRELIMINARY INJUNCTION SHOULD NOT ISSUE

NextTen - Ronald Reagan - His Faith in America Uplifted An Entire Nation               Page 1 of 1



| Top Sellers | About NextTen | Product Reviews | Customer Service |

**Search**

### His Faith in America Uplifted An Entire Nation

Home
Classic Watches
Sport Watches
Clocks
Health/Sleep Products
Personal Grooming
Lamps & Lighting
Binoculars & Optics
Home Innovations
Luggage & Travel
Electronics & Games
Sport Collectibles
Coin Collectibles
Memorabilia
Gifts & Jewelry



[click to enlarge]

#11496 - 2004 Ronald Reagan Presidential Silver Eagle
Price: $39.50
Quantity: 1

Add to cart

- Features a full-color portrait of President Reagan
- Struck in a full ounce of .999 pure silver
- Legal Tender 2004 American Silver Eagle

**My Shopping Cart**
VIEW CART    0 items
CHECK OUT    in cart

**myNEXTTEN**
[    ] email
[    ] password
LOGIN

Need to register?
REGISTER

Forget your password?
GET PASSWORD

Join Mailing List
Order By Phone
Contact Us
Security and Privacy
Feedback
FAQ
Shipping & Handling



**Ronald Reagan**
Many are calling him the greatest and most beloved President of the 20th century. "Dutch" Reagan revived the American Spirit and lifted up the American people. As our 40th President, he inherited a disillusioned nation shackled by rampant inflation, high taxes, the Cold War and turned it into a "bright shining light on a hill."

**Reagan's Strength and Character**
His vision of what America could be gave a nation the courage to defeat Communism and to begin the greatest economic expansion in US history. He had the courage and will to stare down the Soviet threat. When Reagan said, "Mr. Gorbachev, tear down this wall!" many thought that it was just rhetoric but within a few short years, the Soviet bloc was moving peacefully towards Democracy.
He was tough enough to survive a near-fatal assassination attempt. And, after he completed 8 successful years in the White House, he continued to show his strength and resolve in his long and courageous battle with Alzheimer's disease.



**Presidential Silver Eagle**
To honor this great man - this great American - The First Federal Mint has overlaid a stunning full-color image of President Reagan on a gleaming 2004 U.S. Silver Eagle. This is HIS image on America's largest silver dollar - a 40.6 mm coin struck in one full ounce of .999 silver! It handsomely displays the man of strength and wisdom. This private limited edition is fully encapsulated for its protection. It's truly a spectacular work of art in precious silver that pays tribute to the "Gipper."

**Order Now and Save!**
Orders will be on a first-come first-served basis and each order will be time-dated to assure that collectors will be prioritized. It is essential to order now to avoid disappointment. Collectors are urged to secure their Limited Edition Reagan Presidential Silver Eagle today!

Call 24 hours a day: 1 (800) 259-1843
14101 Southcross Drive W. - Burnsville, Minnesota 55337 - (c) 2003 NextTen. All rights reserved.

EXHIBIT F

http://www.nextten.com/coins/reagan.aspx                                          6/14/2004

Exhibit 3

**Exhibit B**

1  HARVEY SISKIND JACOBS LLP
2  D. PETER HARVEY (State Bar No. 55712)
   IAN K. BOYD (State Bar No. 191434)
3  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
4  Telephone: 415.354.0100
   Facsimile: 415.391.7124
5
   OSTROLENK FABER GERB & SOFFEN, LLP
6  MARC A. LIEBERSTEIN (*pro hac vice pending*)
   1180 Avenue of the Americas
7  New York, New York 10036
   Telephone: 212.382.0700
8  Facsimile: 212.382.0888

9  Attorneys for Plaintiff
   National Collector's Mint, Inc.
10

11              IN THE UNITED STATES DISTRICT COURT
12             FOR THE CENTRAL DISTRICT OF CALIFORNIA
13                        WESTERN DIVISION

14  NATIONAL COLLECTOR'S MINT,
    INC.
15
              Plaintiff,                      Civ. Action No.
16                                            CV04-4277 DT (RNBx)
       vs.
17                                            FINAL JUDGMENT
    QUALITY SPRAYING,                         ON CONSENT AND
18  ASSET MARKETING SERVICES, INC.            PERMANENT
    d/b/a NEXTTEN,                            INJUNCTION
19  UNIFIED PRECIOUS METALS, INC.
    d/b/a AMERICAN HISTORIC
20  SOCIETY,
    W.F. SCOTT & CO.,
21  NOMAD INDUSTRIES, and
    DOES 1-10,
22
              Defendants.
23
24
25
26
27
28

00661217.1

1. This civil action having come on before the Court between Plaintiff National Collectors, Inc. ("NCM") and Defendant Asset Marketing Services, Inc. together with First Federal, LLC d/b/a NextTen (collectively "Asset Marketing Services") and the Court being advised that the parties have settled their differences in, and have agreed to the termination of, this civil action in accordance with a Settlement Agreement and this Final Judgement on Consent and Permanent Injunction and the entry thereof;

NOW, THEREFORE, upon the consent of all of the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of, and the named parties herein to this action, and venue of this action is properly brought in this District.

2. NCM has valid, enforceable exclusive rights (the "Exclusive Rights") to use the name, likeness and/or image of the late President Ronald Reagan on certain collectable coins and products identified in Exhibit 1 attached hereto (the "Exclusive Products").

3. Subject to the terms of the Parties Settlement Agreement, Defendant Asset Marketing Services consents to the entry of this Final Judgment on Consent and Permanent Injunction pursuant to Rule 65 Fed. R. Civ. P., having the same force and effect as a full, fair and final adjudication on the merits, enjoining and restraining Defendant, its officers, agents, servants, employees, licensees, representatives, heirs, successors, assigns, attorneys and any and all affiliated companies or individuals, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise:

    a. From using the Exclusive Products;

    b. From possessing, receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling the Exclusive Products;

    c. From possessing, receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any goods, including but not limited to collectible coins or medals, or the like bearing a copy or colorable imitation of the Exclusive Products;

00661217.1

1

JUL-13-04 TUE 02:21 PM    LITTLETON COIN                FAX:603 444 6119         PAGE 18
07/09/2004 16:03 FAX 212 382 1255         OSTROLENK, FABER                                      ☒016

    d.    From possessing, receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, advertisements, promotional materials and the like bearing a copy or colorable imitation of the Exclusive Products;

    e.    From using any logo, trade name, trademark, designation or notation which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendant are licensed by, sponsored by, authorized by, or in any way associated with Plaintiff;

    f.    From infringing the Exclusive Rights;

    g.    From otherwise unfairly competing with Plaintiff;

    h.    From falsely representing themselves as being connected with Plaintiff or sponsored by or associated with Plaintiff;

    i.    From using any reproduction, counterfeit, copy, or colorable imitation of the Exclusive Products in connection with the publicity, promotion, sale, or advertising of goods sold, offered for sale and/or distributed by Defendant including, without limitation, collectible coins, medals or the like, bearing a copy or colorable imitation of the Exclusive Products;

    j.    From affixing, applying, annexing, or using in connection with the sale offer for sale, and/or advertising of any goods, a false description or representation, including the Exclusive Products, words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce;

    k.    From assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (j) above.

4.    Each party shall bear their own attorney's fees and costs;

5.    All claims and counterclaims asserted, or that could have been asserted, in this action are hereby dismissed with prejudice; and

6.    This Court shall retain jurisdiction over the parties for the purposes of enforcing the Settlement Agreement and this Final Judgment on Consent and Permanent Injunction.

00661217.1

2

JUL-13-04 TUE 02:22 PM    LITTLETON COIN         FAX:603 444 6119        PAGE 19
07/09/2004 16:03 FAX 212 382 1255    OSTROLENK, FABER              ☒017
06/30/2004 13:31    914-935-3321         NCM STRATUS              PAGE 02/02



Exhibit 4