UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2004 AUG 10 P 12: 56

LITTLETON COIN COMPANY, INC.   )
                               )
        v.                     )
                               )   Civil Case No. C-04-298-B
NATIONAL COLLECTOR'S MINT, INC.)

DISCLOSURE STATEMENT OF PLAINTIFF
LOCAL RULE 7.5

[This form is to be completed and filed only by parties that are nongovernmental corporations or partnerships. Check the appropriate box(es).]

Nongovernmental Corporation

☐   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐   The filing party identifies the following publicly held corporation with which a merger agreement with the party exists:

OR

Partnership

☐   The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partners' parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐   The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

OR

Nothing to Disclose

☒   The filing party has none of the above.

DOWNS
RACHLIN
MARTIN PLLC

St. Johnsbury, Vermont.

August 9, 2004.

DOWNS RACHLIN MARTIN PLLC

By: _____
Bruce C. Palmer. Esq.
Fed. ID# 7927
90 Prospect St. – P.O. Box 99
St. Johnsbury, VT  05819-0099
(802) 748-8324

STJ.193854.1

DOWNS
RACHLIN
MARTIN PLLC

2