IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LITTLETON COIN COMPANY, INC.**<br>**Plaintiff**<br><br>v.<br><br>**NATIONAL COLLECTOR'S MINT, INC.**<br>**Defendant** | Civil No. 04-298-B |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND

Pursuant to Local Rule 7.2(a) and with Plaintiff's' assent, Defendant respectfully moves that the time within which it must respond to the Complaint be extended from August 31, 2004 to September 14, 2004.  The granting of this Motion will not result in the continuance of any hearing, conference, or trial.

WHEREFORE Defendant respectfully requests the following relief:

A.	An Order granting this Motion.

B.	An Order granting such other relief as is just.

                    Respectfully submitted,
                    NATIONAL COLLECTOR'S MINT, INC.
                    By its attorneys,
                    SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: August 31, 2004		By: /s/ Edward A. Haffer_____
                                            Edward A. Haffer, NH Bar # 1052
                                            1000 Elm Street
                                            P.O. Box 3701
                                            Manchester, NH 03105-3701
                                            T: 603-627-8115
                                            F: 603-641-2352
                                            E: ehaffer@sheehan.com

> PITNEY HARDIN LLP
> By: Marc A. Lieberstein
> 7 Times Square
> New York, New York 10036
> T: 212-297-5849
> F: 212-916-2940
> E: mlieberstein@pitneyhardin.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically served through ECF upon: Larry H. Meier, Esq., Downs Rachlin Martin PLLC, Courthouse Plaza 199 Main Street, PO Box 190, Burlington, VT 05402-0190, lmeier@drm.com.

> /s/ Edward A. Haffer
> Edward A. Haffer