UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

LITTLETON COIN COMPANY, INC.   )
                               )   Civil Case No.: 1:04-298
                               )
           v.                  )
                               )
NATIONAL COLLECTOR'S MINT, INC. )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action.

St. Johnsbury, Vermont            September 14, 2004.

                                  DOWNS RACHLIN MARTIN PLLC


                                  By:_____
                                     Bruce C. Palmer
                                     NH Bar # 7927
                                     90 Prospect Street
                                     P.O. Box 99
                                     St. Johnsbury, Vermont 05828
                                     Phone 802-748-8324
                                     Fax 802-748-4394
                                     bpalmer@drm.com

                                  ATTORNEYS FOR LITTLETON COIN
                                  COMPANY, INC.

STJ.193804.3