UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Littleton Coin Company, Inc.</u>

       v.                        Case No. C. 04-298-PB

<u>National Collector's Mint, Inc.</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #5, Notice of Voluntary Dismissal, filed by Plaintiff

DATE FILED:        September 14, 2004

The document above fails to comply with:

Fed. R. Civ. P. 41    Stipulation is not signed by all parties to the action


It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.


SO ORDERED.


September    , 2004                    /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  Chief Judge


cc:    Bruce C. Palmer, Esq.
        Edward A. Haffer, Esq.