IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

LITTLETON COIN COMPANY, INC.
Plaintiff

v.

NATIONAL COLLECTOR'S MINT, INC.
Defendant

Civil No. 04-298-B

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1, the parties stipulate to the dismissal of this action without prejudice.

Respectfully submitted,
LITTLETON COIN COMPANY, INC.
By its attorneys,
DOWNS RACHLIN MARTIN PLLC

Dated: September 20, 2004

By: /s/ Bruce Palmer_____
Bruce Palmer
Courthouse Plaza
199 Main Street
PO Box 190
Burlington, VT 05402-0190
T: 802-863-2375

NATIONAL COLLECTOR'S MINT, INC.
By its attorneys,
SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: September 20, 2004

By: /s/ Edward A. Haffer_____
Edward A. Haffer, NH Bar # 1052
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701
T: 603-627-8115
F: 603-641-2352
E: ehaffer@sheehan.com

> PITNEY HARDIN LLP
> By: Marc A. Lieberstein
> 7 Times Square
> New York, New York 10036
> T: 212-297-5849
> F: 212-916-2940
> E: mlieberstein@pitneyhardin.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically served through ECF upon: Bruce Palmer, Esq., Downs Rachlin Martin PLLC, Courthouse Plaza 199 Main Street, PO Box 190, Burlington, VT 05402-0190, bpalmer@drm.com.

> /s/ Edward A. Haffer
> Edward A. Haffer